E-FILED 11/29/2011
JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Larry G. Moss, et al.,** | CASE NO. CV 11-6242-GHK (DTBx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| **Wells Fargo Bank, N.A., et al.,** | |
| Defendants. | |

    Based on the Court's November 29, 2011 Order, **IT IS HEREBY ADJUDGED** that all claims asserted by Plaintiffs Larry G. Moss and Johnnie M. Moss ("Plaintiffs") against Defendants Wells Fargo Bank, N.A., as Trustee for the Registered Holders of Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-OSI, Ocwen Loan Servicing, LLC, and Mortgage Electronic Registration Systems, Inc. are **DISMISSED with prejudice**. Plaintiffs shall take nothing by this action.

    **IT IS SO ORDERED**.

DATED: November 29, 2011

_____
GEORGE H. KING
United States District Judge